RECEIVED
IN MONROE, LA.
OCT 1 6 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| PAUL CROW | * | CIVIL ACTION NO. 10-1779<br>SEC. P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BAKER CORPPER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 48] filed by Plaintiff Paul Crow is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion for Partial Summary Judgment [Doc. No. 52] filed by moving Defendants is hereby **GRANTED**, dismissing Plaintiff's claims for lost property.

**IT IS FURTHER ORDERED** that the Motion to Dismiss [Doc. No. 52] filed by moving Defendants is hereby **DENIED**.

MONROE, LOUISIANA, this 16 day of October, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE