RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/26/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| PAUL CROW | * | CIVIL ACTION NO. 10-1779<br>Section P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BAKER CORPPER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge has been considered and no objections thereto have been filed, but finding the entire record of the evidentiary hearing is necessary for a decision,

**IT IS ORDERED** that Defendants' Motions to Dismiss [Doc. Nos. 71 & 72] are **DENIED**. Instead,

**IT IS ORDERED, ADJUDGED, AND DECREED that** judgment be entered in favor of Defendants James E. Baker (incorrectly named as "Baker Corpper"), Reginald Manning (incorrectly named as "Lt. Manning"), Kenneth T. Johnson, Jared P. Desadier, and Robert A. Mounts, Jr., and against Plaintiff Paul Crow. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 26 day of February, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE